FILED
October 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003851291

JASON BORG - SBN 186173
ATTORNEY AT LAW
9401 E. Stockton Blvd., Suite 225
Elk Grove, CA 95624
Telephone: (916) 478-4234
Fax       : (916) 478-4236

Attorney for Debtors
David Martin and Ann Martin

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DAVID AND ANN MARTIN

    Debtors,

_____/

CASE NO. 2011-42523

Motion Control Number: JB-1

**MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE 11 USC 554**

DATE: November 8, 2011
TIME: 9:32 am
PLACE: Courtroom 32
Honorable Thomas C. Holman

Debtors move the court as follows:

1. Ann Marie Martin operates a daycare business. Debtors scheduled certain business assets in this case in Schedule B, including 1 car seat, 3 booster seats, miscellaneous toys and books.

2. All business assets were claimed exempt in Schedule C.

3. Ann Marie Martin is self-employed and operates the daycare business.

4. Debtor believes that all scheduled business assets and operations are of no consequence

or burdensome to the estate.

5. Debtor requests the Court to compel the Trustee to abandon all scheduled bushiness assets and operations from the estate.

**Wherefore**, Debtors pray:

7. For an order compelling Chapter 7 Trustee to abandon said property from the bankruptcy estate.

8. For other relief the Court deems just and proper.

/s/ Jason Borg

Dated:October 21, 2011

JASON BORG
Attorney for Debtors